UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY /AW D.C.

2005 JUL -8 PM 3:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | *   05-20213 MI An |
| DARRYL STALLINGS, | * |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Scott F. Leary applies to the Court for a Writ to have **DARRYL STALLINGS, DOB 06/13/1962, Booking # 05112974** now being detained in the Shelby County Jail, appear before the Honorable Diane K. Vescovo, on **Tuesday, July 12, 2005 at 2:00 p.m.**, FOR INITIAL APPEARANCE, and for such other appearances as this Court may direct.

Respectfully submitted this _____ day of July, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

SCOTT F. LEARY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#022357 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
WARDEN, SHELBY COUNTY CORRECTIONAL CENTER

YOU ARE HEREBY COMMANDED to have **DARRYL STALLINGS, DOB 06/13/1962, Booking # 05112974** appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 8th day of July, 2005.

HONORABLE DIANE K. VESCOVO
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20213 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT