IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 23 PM 1:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>DARRELL STALLINGS<br>    Defendant. | )<br>)<br>)<br>)<br>)  CR. NO. 05-20213-Ml<br>)<br>)<br>)<br>) |

## ORDER ON CHANGE OF PLEA

    This cause came on to be heard on December 22, 2005, the United States Attorney for this district, Scott Leary, appearing for the Government and the defendant, Darrell Stallings, appearing in person and with counsel, Ross Sampson, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 4, 6, 7 and 9 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, MARCH 17, 2006**, at **8:45 a.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 23 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 12-27-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20213 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT